# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:11-CR-111-DBH |
| ) | |
| ROYCE BRETON, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND MOTION FOR NEW TRIAL

The motion for judgment of acquittal and for new trial is **DENIED**. There was sufficient evidence for the jury to find the defendant guilty beyond a reasonable doubt on all charges.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JUNE, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**